THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

Joseph E. Breezee,

    Plaintiff,

v.

United States of America,

    Defendant

**Complaint**
Civil Action No. 5:18-CV-0680 (GLS/TWD)

1. This is a suit arising under the Internal Revenue Code of 1986, as amended (26 U.S.C. §§ 1 *et seq.*[1]), for the recovery of a Federal income tax refund owed to, and Federal income taxes paid by, Plaintiff, Joseph Breezee, for calendar year 2011.

**JURISDICTION; VENUE**

2. Jurisdiction is conferred upon this Court by 28 U.S.C. §1346(a)(1).

3. Venue is appropriate under 28 U.S.C. §1402(a)(1).

**PARTIES**

4. Plaintiff, Joseph Breezee, is a citizen of the United States who presently resides at 6100 Landsend Lane, Liverpool, New York, 13090.

5. Defendant is the United States of America.

---

[1] All references herein to the Internal Revenue Code (Title 26 of the United States Code) are to the Internal Revenue Code Title as in effect during 2011.

## COUNT 1 (Calendar Year 2011)

6. Plaintiff timely filed his Federal income tax return for calendar year 2011 (Plaintiff's "Original 2011 Return") on or about February 27, 2012. The full name and address of Plaintiff (and the last four digits of his social security number), as they appeared on such return, were as follows:

>  Joseph E. Breezee
>  6100 Landsend Lane
>  Liverpool, New York, 13090
>  XXX-XX-0462

7. Plaintiff filed his Original 2011 Return using "head-of-household" filing status, pursuant to 26 U.S.C. §2(b).

8. On his Original 2011 Return, Plaintiff reported an income tax liability of $773.

9. On his Original 2011 Return, Plaintiff claimed a dependency exemption of $3,700, pursuant to 26 U.S.C. §§151(a) and (c), with respect to each of his sons, J.B.1 and J.B.2.

10. On his Original 2011 Return, Plaintiff claimed a child tax credit of $773, and an additional child tax credit of $1,227, pursuant to 26 U.S.C. §§24(a) and (d), with respect to his sons, J.B.1 and J.B.2.

11. On his Original 2011 Return, Plaintiff claimed an earned income credit of $2,872, pursuant to 26 U.S.C. §32, with respect to his sons, J.B.1 and J.B.2.

12. As a consequence of the foregoing, Plaintiff's Original 2011 Return claimed a refund of $6,002 ($4,099 in refundable credits, plus $1,903 in withholding), of which he received only $3,130. Plaintiff did not receive the earned income credit portion of his claimed refund.

13. Subsequent to the filing of Plaintiff's Original 2011 Return, the Internal Revenue Service audited his return, and proposed to disallow Plaintiff's dependency exemptions, child tax

credit and additional child tax credit, and earned income credit, and to change his filing status to "single."

14. Plaintiff did not properly contest the audit, nor file a Petition in the United States Tax Court. Accordingly, on or about October 29, 2012, the Internal Revenue Service reversed Plaintiff's credits, and assessed him $2,249 in additional income tax.

15. On or about November 19, 2013, Plaintiff submitted to the Internal Revenue Service an Audit Reconsideration, in which he attempted to prove that his Original 2011 Return had been correct as filed.

16. On or about June 6, 2014, the Internal Revenue Service concluded that it would not change Plaintiff's original audit assessment

17. On or about June 18, 2014, Plaintiff appealed the Internal Revenue Service's conclusion that it would not change Plaintiff's original audit assessment. The Internal Revenue Service never responded to this Appeal.

18. On or about April 13, 2015, the Internal Revenue Service "offset," pursuant to 26 U.S.C. §6402(a), $4,651.47 from Plaintiff's 2014 tax refund, and applied it to Plaintiff's outstanding 2011 tax liability. On or about May 11, 2015, the Internal Revenue Service "offset" $31.08 from Plaintiff's 2010 tax refund and applied it to Plaintiff's outstanding 2011 tax liability. These two offsets paid off, in full, Plaintiff's 2011 tax liability, plus all accrued interest and penalties.

19. On or about June 17, 2015, Plaintiff submitted an Amended U.S. Individual Income Tax Return (Plaintiff's "Amended 2011 Return," attached as Exhibit A). This Amended 2011 Return re-alleged that Plaintiff's Original 2011 Return had been correct as filed, and sought a

refund of the amount Plaintiff had not received when he filed his Original 2011 Return, plus the amounts he had subsequently paid toward his 2011 tax liability.

20. On or about June 14, 2016, the Internal Revenue Service denied Plaintiff's claim for refund, as set forth on his Amended 2011 Return.

21. Plaintiff is entitled to the refund claimed on his Amended 2011 Return (*i.e.,* the earned income credit he never received plus the amounts he subsequently paid). This is because Plaintiff satisfies the statutory requirements entitling him to the dependency exemptions, child tax credit and additional child tax credit, and earned income credit claimed on his Original 2011 Return and his Amended 2011 Return, as summarized in the succeeding paragraphs.

22. Plaintiff properly claimed each of his two sons as a dependency exemption, because each of J.B.1 and J.B.2 was his "dependent," as defined in 26 U.S.C. §§152(a)(1) and (c).

23. Plaintiff properly claimed each of his two sons for purposes of the child tax credit and additional child tax credit, because each of J.B.1 and J.B.2 was his "qualifying child," as defined in 26 U.S.C. §§24(c)(1) and 152(c).

24. Plaintiff properly claimed each of his two sons for purposes of the earned income credit, because Plaintiff was an "eligible individual," as defined in 26 U.S.C. §32(c)(1)(A)(i), and because each of J.B.1 and J.B.2 was his "qualifying child," as defined in 26 U.S.C. §§32(c)(3)(A) and 152(c).

25. Because six months have expired since the filing of Plaintiff's refund claim (his Amended 2011 Return), Plaintiff may begin this suit under 26 U.S.C. §7422(a), pursuant to 26 U.S.C. §6532(a)(1).

26. Plaintiff has complied with the requirements set forth in 26 U.S.C. §§7491(a)(2)(A) and (B). Accordingly, if Plaintiff introduces credible evidence with respect to any factual issue

relevant to ascertaining his income tax liability for his 2011 taxable year, the Secretary of the Treasury shall have the burden of proof with respect to such issue.

**JURY DEMAND**

27. Plaintiff hereby demands a jury on all issues triable by a jury.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant in the amount of $7,554.55, which is the sum of:

(i) the 2011 earned income credit wrongfully withheld from Plaintiff ($2,872);

(ii) the amount offset from Plaintiff's 2014 tax refund and applied to his 2011 liability ($4,651.47), and

(iii) the amount offset from Plaintiff's 2010 tax refund and applied to his 2011 liability ($31.08);

or such amount as Plaintiff may be entitled to, together with costs and interest as allowed by law, and for such other relief as the Court may deem appropriate.

    s/Robert G. Nassau
    Robert G. Nassau, Attorney for Plaintiff
    Syracuse University College of Law
    Office of Clinical Legal Education
    P.O. Box 6543
    Syracuse, NY 13217-6543
    Telephone: 315-443-4582
    Facsimile: 315-443-3636
    E-mail: Rnassau@syr.edu

DATED: June 8, 2018

**THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK**

Joseph E. Breezee,

    Plaintiff,

    v.

**Complaint**
Civil Action No.

United States of America,

    Defendant

# EXHIBIT A

# Form 1040X
(Rev. December 2014)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year  ☐ 2014  ☐ 2013  ☐ 2012  ☑ 2011
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Joseph | Breezee | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Current home address (number and street). If you have a P.O. box, see instructions.  Apt. no.  Your phone number
**6100 Landsend Lane**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**Liverpool, New York, 13090**

Foreign country name | Foreign province/state/county | Foreign postal code

**Amended return filing status.** You must check one box even if you are not changing your filing status. *Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☐ Single
☐ Qualifying widow(er)
☐ Married filing jointly
☐ Married filing separately
☑ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

**Full-year coverage.** If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)  ☐ Yes  ☐ No

Use Part III on the back to explain any changes

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 27,305 | 0 | 27,305 |
| 2 | Itemized deductions or standard deduction | 2 | 5,800 | 2,700 | 8,500 |
| 3 | Subtract line 2 from line 1 | 3 | 21,505 | (2,700) | 18,805 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | 3,700 | 7,400 | 11,100 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 17,805 | (10,100) | 7,705 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): _____ | 6 | 2,249 | (1,476) | 773 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | 773 | 773 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 2,249 | (2,249) | 0 |
| 9 | Health care: individual responsibility (see instructions) | 9 | 0 | 0 | 0 |
| 10 | Other taxes | 10 | 0 | 0 | 0 |
| 11 | Total tax. Add lines 8, 9, and 10 | 11 | 2,249 | (2,249) | 0 |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (If changing, see instructions) | 12 | 1,903 | 0 | 1,903 |
| 13 | Estimated tax payments, including amount applied from prior year's return | 13 | 0 | 0 | 0 |
| 14 | Earned income credit (EIC) | 14 | 0 | 2,872 | 2,872 |
| 15 | Refundable credits from: ☑ Schedule 8812  Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8839 ☐ 8863 ☐ 8885 ☐ 8962 or ☐ other (specify): _____ | 15 | 0 | 1,227 | 1,227 |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 16 | | | 3,476 |
| 17 | Total payments. Add lines 12 through 16 | 17 | | | 9,478 |
| **Refund or Amount You Owe** (Note. Allow up to 16 weeks for Form 1040X to be processed.) | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | | | 6,002 |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) | 19 | | | 3,476 |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference | 20 | | | N/A |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return | 21 | | | 3,476 |
| 22 | Amount of line 21 you want **refunded to you** | 22 | | | 3,476 |
| 23 | Amount of line 21 you want **applied to your** (enter year): _____ estimated tax  23 | | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.  Cat. No. 11360L  Form **1040X** (Rev. 12-2014)

Form 1040X (Rev. 12-2014) Page **2**

**Part I**  **Exemptions**

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself . . . . . . | 24 | 1 | 0 | 1 |
| 25 | Your dependent children who lived with you . . . . . . . . . . | 25 | 0 | 2 | 2 |
| 26 | Your dependent children who did not live with you due to divorce or separation | 26 | 0 | 0 | 0 |
| 27 | Other dependents . . . . . . . . . . . . . . . . . . | 27 | 0 | 0 | 0 |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . . | 28 | 1 | 2 | 3 |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form . . | 29 | 3,700 | 7,400 | 11,100 |

30  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| ▬▬▬ | ▬▬▬ | ▬▬▬ | Son | ✓ |
| | ▬▬▬ | ▬▬▬ | Son | ✓ |
| | | | | ☐ |
| | | | | ☐ |

**Part II**  **Presidential Election Campaign Fund**

Checking below will not increase your tax or reduce your refund.
☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Part III**  **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.
▶ Attach any supporting documents and new or changed forms and schedules.

SEE ATTACHMENTS

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| Your signature [signed] | Date 6/11/15 | ▶ Spouse's signature. If a joint return, **both** must sign. | Date |
|---|---|---|---|

**Paid Preparer Use Only**
▶

| Preparer's signature | Date | Firm's name (or yours if self-employed) | |
|---|---|---|---|
| Print/type preparer's name | ☐ Check if self-employed | Firm's address and ZIP code | |
| PTIN | | Phone number | EIN |

For forms and publications, visit IRS.gov. Form **1040X** (Rev. 12-2014)

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Earned Income Credit**
Qualifying Child Information

Complete and attach to Form 1040A or 1040 only if you have a qualifying child.

OMB No. 1545-0074

**2011**

Attachment Sequence No. **43**

Name(s) shown on return: Joseph Breezee

Your social security number: ▇▇▇▇▇▇

**Before you begin:**
- See the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, to make sure that (a) you can take the EIC, and (b) you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.



**CAUTION**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See page 2 for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **1** Child's name. If you have more than three qualifying children, you only have to list three to get the maximum credit. | ▇▇▇▇ | ▇▇▇▇ | |
| **2** Child's SSN. The child must have an SSN as defined in the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, unless the child was born and died in 2011. If your child was born and died in 2011 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | ▇▇▇▇ | ▇▇▇▇ | |
| **3** Child's year of birth. If born after 1992 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year ▇▇▇▇ | Year ▇▇▇▇ | Year ___ ___ ___ ___ |
| **4 a** Was the child under age 24 at the end of 2011, a student, and younger than you (or your spouse, if filing jointly)? | ✓ Yes. ☐ No. Go to line 5. Go to line 4b. | ✓ Yes. ☐ No. Go to line 5. Go to line 4b. | ☐ Yes. ☐ No. Go to line 5. Go to line 4b. |
| **b** Was the child permanently and totally disabled during any part of 2011? | ☐ Yes. ☐ No. Go to line 5. The child is not a qualifying child. | ☐ Yes. ☐ No. Go to line 5. The child is not a qualifying child. | ☐ Yes. ☐ No. Go to line 5. The child is not a qualifying child. |
| **5** Child's relationship to you (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | Son | Son | |
| **6** Number of months child lived with you in the United States during 2011. • If the child lived with you for more than half of 2011 but less than 7 months, enter "7." • If the child was born or died in 2011 and your home was the child's home for the entire time he or she was alive during 2011, enter "12." | 7 months. Do not enter more than 12 months. | 7 months. Do not enter more than 12 months. | ___ months. Do not enter more than 12 months. |

For Paperwork Reduction Act Notice, see your tax return instructions.   Cat. No. 13339M   Schedule EIC (Form 1040A or 1040) 2011

| Form **8812** | **Additional Child Tax Credit** | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | Complete and attach to Form 1040, Form 1040A, or Form 1040NR. | | **2011**<br>Attachment<br>Sequence No. **47** |

Name(s) shown on return: **Joseph Breezee**

Your social security number: [redacted]

### Part I  All Filers

**1** 1040 filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 51).
   1040A filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 33).
   1040NR filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 48).
   If you used Pub. 972, enter the amount from line 8 of the Child Tax Credit Worksheet in the publication. .......... **1** | **2,000**

**2** Enter the amount from Form 1040, line 51, Form 1040A, line 33, or Form 1040NR, line 48 . . . . . . **2** | **773**

**3** Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . **3** | **1,227**

**4a** Earned income (see instructions on back) . . . . . . . . . . . . **4a** | **27,305**

**b** Nontaxable combat pay (see instructions on back) . . . . . . . **4b** | 

**5** Is the amount on line 4a more than $3,000?
   ☐ No.  Leave line 5 blank and enter -0- on line 6.
   ☑ Yes. Subtract $3,000 from the amount on line 4a. Enter the result . . . **5** | **24,305**

**6** Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . **6** | **3,645**

  **Next.** Do you have three or more qualifying children?
   ☑ **No.** If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.
   ☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II  Certain Filers Who Have Three or More Qualifying Children

**7** Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see instructions on back . . . . . . . . . . . **7** |

**8** 1040 filers: Enter the total of the amounts from Form 1040, lines 27 and 57, plus any taxes that you identified using code "UT" and entered on line 60.
   1040A filers: Enter -0-.
   1040NR filers: Enter the total of the amounts from Form 1040NR, lines 27 and 55, plus any taxes that you identified using code "UT" and entered on line 59. **8** |

**9** Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . **9** |

**10** 1040 filers: Enter the total of the amounts from Form 1040, lines 64a and 69.
   1040A filers: Enter the total of the amount from Form 1040A, line 38a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 41 (see instructions on back).
   1040NR filers: Enter the amount from Form 1040NR, line 65. **10** |

**11** Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . **11** |

**12** Enter the **larger** of line 6 or line 11 . . . . . . . . . . . **12** |

  **Next**, enter the **smaller** of line 3 or line 12 on line 13.

### Part III  Additional Child Tax Credit

**13** This is your additional child tax credit . . . . . . . . . . . **13** | **1,227**

Enter this amount on Form 1040, line 65, Form 1040A, line 39, or Form 1040NR, line 63.

For Paperwork Reduction Act Notice, see your tax return instructions.  Cat. No. 10644E  Form **8812** (2011)

# ATTACHMENT TO 2011 FORM 1040X

Joseph Breezee (█████████)
6100 Landsend Lane
Liverpool, New York 13090

Part III (Line-by-Line Explanation of Changes)

Line 2:   My proper deduction amount is $8,500, because with a qualifying child (████████████████) and (████████████████) living with me for more than half the year I qualify as head of household.

Line 4:   My proper number of exemptions for 2011 is three because each of my sons (████████████████) and (████████████████) is my "qualifying child," because:

(1) Each is my biological son.
(2) Each is under the age of 19 at the end of 2011 and is younger than me.
(3) Each resided with me for more than half of 2011. *See the attached separation agreement showing that I have custody of* ████ *and* ████ *from Thursday afternoon through Monday, a total of four nights per week.*

Line 7:   Each of ████████ and ████████ is my "qualifying child" for purposes of the Child Tax Credit for 2011 - see explanation for Line 4 above.  I have a child tax credit of $773.

Line 14:  Each of ████████ and ████████ is my "qualifying child" for purposes of the Earned Income Credit- see explanation for Line 4 above. According to the EIC table for 2011, stated in Publication 596, my proper credit amount is $2,872.  (See also attached Schedule EIC)

Line 15:  Each of ████████ and ████████ is my "qualifying child" for purposes of the Additional Child Tax Credit - see explanation for Line 4 above. According to 2011 Form 8812 (attached), I am entitled to an Additional Child Tax Credit of $1,227.

At a Term of the Family Court held in and For the County of Onondaga at the Court House in the City of Syracuse, New York On the 6th day of January, 2008.

**PRESENT:** George M. Raus, Jr.,
**Attorney Referee Presiding**

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

FILED & ENTERED
Family Court State of New York
County of Onondaga
DATE: 1/29/08

In the Matter of a Proceeding Under Article 6 the Family Court Act

**JOSEPH E. BREEZEE,**

        Petitioner

-against-

**MICHELLE COYNE,**

        Respondent.

File No. 11201
Docket No. V-08027-07
            V-080280-07

**ORDER OF CUSTODY AND VISITATION**

      The Petitioner having filed a Petition with this Court on November 26, 2006, wherein he is seeking sole custody of the children in this proceeding, with visitation to the Respondent, and this matter having come on to be heard on January 6, 2008, and the Petitioner having appeared before the Court with his attorney, Jeffrey DeRoberts, Esq., and the Respondent having appeared with her attorney, Karen B. Carpenter, Esq., and the Law Guardian, Darlene O'Kane, Esq., having appeared on behalf of the two (2) children, ▮ ▮ born ▮ and ▮ born ▮ and

      A Stipulation having been reached between the Petitioner and Respondent on the Record, it is hereby

      **ORDERED,** that the Petitioner, **JOSEPH E. BREEZEE,** and the Respondent, **MICHELLE COYNE,** shall have joint shared custody of the parties' two (2) minor children, ▮ and ▮, and it is further

      **ORDERED,** that the parties' two (2) children shall remain in the Liverpool School District, and it is further

      **ORDERED,** that Petitioner, **JOSEPH E. BREEZEE,** shall have parenting time each

and every Thursday from after school until Monday morning at which time he shall return the children to school, and it is further

ORDERED, that Respondent, **MICHELLE COYNE**, shall have parenting time from Monday after school until Thursday morning at which time she shall return the children to school, and it is further

ORDERED, that when Petitioner, **JOSEPH E. BREEZEE**, has weekend National Guard duty, then the schedule shall alternate with Respondent, **MICHELLE COYNE**, having the weekend visitation schedule and the Petitioner, **JOSEPH E. BREEZEE**, having the weekday visitation scheduled as hereinabove set forth, and it is further

ORDERED, that the Petitioner and Respondent shall share and alternate all major holidays equally, and it is further

ORDERED, that the Petitioner and Respondent shall maintain any and other visitation schedule at such times as they mutually agree upon.

Dated: January 29, 2008.

E N T E R :

_____
George M. Raus, Jr., Esq.
Family Court Attorney Referee

-2-

cc: Jeffrey DeLiberti, Esq.